IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JEREMY CRESPIN (TDCJ No. 1807429), | § § § | |
| Petitioner, | § § | |
| V. | § § | No. 3:15-CV-0818-D |
| WILLIAM STEPHENS, Director Texas Department of Criminal Justice Correctional Institutions Division, | § § § § § | |
| Respondent. | § § | |

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted. Accordingly, petitioner's March 11, 2015 motion to stay §2254 proceedings pending resolution of petition for writ of certiorari, filed in the Western District of Texas before the case was transferred to this court, is denied.

**SO ORDERED**.

June 30, 2015.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE