IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JEREMY CRESPIN,       § | |
|     Petitioner,       § | |
| § | |
| v.       § | CIVIL NO. 3:15-CV-818-D-BN |
| § | |
| LORIE DAVIS,       § | |
| Director, Texas Department of       § | |
| Criminal Justice,       § | |
| Correctional Institutions Division,       § | |
|     Respondent.       § | |

## RESPONDENT DAVIS'S CERTIFICATE OF COMPLIANCE WITH ORDER ESTABLISHING DEADLINES

On November 4, 2016, this Court ordered the Respondent, the Director of the Texas Department of Criminal Justice – Correctional Institutions Division (TDCJ-CID) to provide Petitioner, Jeremy Crespin, with complete copies of the state-court records the Director relied on in his Answer. *See* Order Establishing Deadlines; ECF No. 47. The Director has today mailed complete copies of volumes II and III of the Reporter's Record and the main writ volumes -01, -02, -03, and -04 of the state-habeas record. The Director did not send copies of miscellaneous motions Crespin filed on state-habeas review.

                                      Respectfully submitted,

                                      KEN PAXTON
                                      Attorney General of Texas

                                      JEFF C. MATEER
                                      First Assistant Attorney General

|  |  |
|---|---|
|  | EDWARD L. MARSHALL<br>Chief, Criminal Appeals Division |
| *Attorney in Charge | Jon R. Meador<br>JON R. MEADOR*<br>Assistant Attorney General<br>State Bar No. 24039051 |
|  | P.O. Box 12548, Capitol Station<br>Austin, Texas   78711<br>(512) 936-1400<br>Facsimile No. (512) 936-1280<br>jon.meador@oag.state.tx.us |
|  | ATTORNEYS FOR RESPONDENT |

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing pleading has been served by placing same in the United States mail, postage prepaid, on December 1, 2016 addressed to:

Jeremy Crespin
TDCJ-CID #1807429
Telford Unit
3899 State Highway 98 South
New Boston, Texas 75570

s/ Jon R. Meador
JON R. MEADOR
Assistant Attorney General

2